# United States District Court

FOR THE

**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

CR23-182 JD

UNITED STATES OF AMERICA,

V.

GIOVANNI VASSALO,

DEFENDANT(S).

FILED

Jun 13 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## INDICTMENT

18 U.S.C. § 13 – Assimilating California Penal Code Section 314(1) (Class C felony)

A true bill.

/s/ Foreperson of the Grand Jury

Foreman

Filed in open court this 13th day of

June 2023.

Clerk

Bail, $ Summons

Magistrate Judge Sallie Kim

```
FILED

Jun 13 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO
```

1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR23-182 JD |
|---|---|
| Plaintiff, | ) |
| v. | ) VIOLATION: |
|  | ) 18 U.S.C. § 13 – Assimilating California Penal Code |
|  | ) Section 314(1) (Class C felony) |
| GIOVANNI VASSALO, | ) |
| Defendant. | ) |
|  | ) SAN FRANCISCO VENUE |

## INDICTMENT

The Grand Jury charges:

COUNT ONE: (18 U.S.C. § 13 – Assimilating California Penal Code Section 314(1))

On or about November 27, 2022, in the Northern District of California, within the Special Maritime and Territorial Jurisdiction of the United States, the defendant,

GIOVANNI VASSALO,

did willfully and lewdly expose his person and private parts thereof in a public place and in a place where there were present other persons to be offended and annoyed, specifically, by exposing his genitals and masturbating, while in a public area, in violation of Title 18, United States Code, Section

INDICTMENT                                             1

1  13, assimilating California Penal Code Section 314(1), a class C felony.

DATED: June 13, 2023                                                A TRUE BILL.

                                                                        */s/ Foreperson*
                                                                         FOREPERSON
                                                                         San Francisco, California

ISMAIL J. RAMSEY
United States Attorney


 /s/ Anna Nguyen
ANNA NGUYEN
Special Assistant United States Attorney

INDICTMENT                                    2

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

## OFFENSE CHARGED

18 U.S.C. § 13 – Assimilating California Penal Code Section 314(1) (class C felony)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:** Max. imprisonment 3 year; Max. probation 5 years; Max. fine $10,000; and register as a sex offender for 10 years

### DEFENDANT - U.S
▶ Giovanni Vassalo

**DISTRICT COURT NUMBER**
CR23-182 JD

## PROCEEDING

**Name of Complaintant Agency, or Person (& Title, if any)**
U.S. Park Police

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on this form**    Ismail J. Ramsey
☒ U.S. Attorney ☐ Other U.S. Agency

**Name of Assistant U.S. Attorney (if assigned)**    Anna Nguyen

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District)
San Francisco County

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

FILED
Jun 13 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

Has detainer been filed? ☐ Yes ☐ No
If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☒ SUMMONS ☐ NO PROCESS* ☐ WARRANT

Bail Amount:

If Summons, complete following:
☐ Arraignment ☒ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

**Defendant Address:**
1310 Fillmore Street, #401, San Francisco California 94115

Date/Time: July 20, 2023 10:30 AM    Before Judge: Alex G. Tse

Comments: Courtroom 14, Floor 18

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL COVER SHEET

*Instructions:* *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

| | |
|---|---|
| **CASE NAME:** USA v. GIOVANNI VASSALO, | **CASE NUMBER:** CR23-182 JD   CR |
| **Is This Case Under Seal?** | Yes    No ✔ |
| **Total Number of Defendants:** | 1 ✔    2-7    8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes    No ✔ |
| **Venue (Per Crim. L.R. 18-1):** | SF ✔    OAK    SJ |
| **Is this a potential high-cost case?** | Yes    No ✔ |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes    No ✔ |
| **Is this a RICO Act gang case?** | Yes    No ✔ |
| **Assigned AUSA (Lead Attorney):** Anna Nguyen | **Date Submitted:** 6/13/2023 |
| **Comments:** | |

RESET FORM    SAVE PDF

Form CAND-CRIM-COVER (Rev. 11/16)