## ~~PROPOSED~~ ORDER/COVER SHEET

TO:        **Honorable Thomas S. Hixson**        RE:   **Giovanni Vassalo**
              **U.S. Magistrate Judge**

FROM:    **Silvio Lugo, Chief**           **Docket No.:**   **3:23-cr-00182-JD-1**
              **U.S. Pretrial Services Officer**

**Date:**        **11/16/23**

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Pepper Friesen                     415-436-7516

U.S. Pretrial Services Officer            **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding  District Court Judge _____

☑ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☑ Modification(s)

   A.      The following condition will be **modified:**

      1.   The defendant must submit to location monitoring **as directed by Pretrial Services.**

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

_____

**JUDICIAL OFFICER** _____    November 16, 2023
                            **DATE**

Hon. Thomas S. Hixson

U.S. Magistrate Judge