ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

KELSEY C. DAVIDSON (CABN 322323)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6959
    Fax: (415) 436-7027
    kelsey.davidson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:23-CR-00182-JD |
|     Plaintiff, | STIPULATION TO CONTINUE CHANGE OF PLEA AND EXCLUDE TIME FROM APRIL 8, 2024 THROUGH APRIL 22, 2024 AND [PROPOSED] ORDER |
|     v. | |
| GIOVANNI VASSALO, | |
|     Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Giovanni Vassalo, that the change of plea hearing set for April 8, 2024 be continued to April 22, 2024 because the defendant has been arrested and is in state custody. It is further stipulated that time be excluded under the Speedy Trial Act from April 8, 2024 through April 22, 2024.

The government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery already produced. For this reason and as further stated on the record at the status conference, the parties stipulate and agree that excluding time until April 22, 2024 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from April 8, 2024 through April 22, 2024 from computation under the Speedy Trial

Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: April 5, 2024

          /s/
KELSEY C. DAVIDSON
Assistant United States Attorney

DATED: April 5, 2024

          /s/
PANAGIOTIS PROUNTZOS
Counsel for Defendant Giovanni Vassalo

## [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court continues the change of plea to April 22, 2024 and finds that failing to exclude the time from April 8, 2024 through April 22, 2024 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from April 8, 2024 through April 22, 2024 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the change of plea is continued from April 8, 2024 to April 22, 2024 and that time from April 8, 2024 through April 22, 2024 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: 4/10/2024

_____
HON. JAMES DONATO
United States District Judge