ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

KELSEY C. DAVIDSON (CABN 322323)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6959
    Fax: (415) 436-7027
    kelsey.davidson@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GIOVANNI VASSALO, <br><br> Defendant. | NO. 3:23-CR-00182-JD <br><br> STIPULATION TO CONTINUE CHANGE OF PLEA HEARING AND EXCLUDE TIME AND ORDER |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Giovanni Vassalo, that the change of plea set for June 10, 2024 be continued to August 12, 2024. It is further stipulated that time be excluded under the Speedy Trial Act from June 10, 2024 through August 12, 2024.

On April 22, 2024, the parties appeared before the Court for a change of plea hearing. At that time, defense counsel informed the Court that the defendant had checked himself into a VA hospital and was therefore not present. After Court, the parties learned that the defendant had been arrested on April 20, 2024 in San Jose for violations of California Penal Code §§ 647(a), 647(F), and 148.9(A). He was detained in Santa Clara where law enforcement determined he had two outstanding arrest warrants.

The defendant was then transferred to San Francisco on the outstanding state warrant for violations of California Penal Code § 372 – public nuisance, § 647(a) – engaging in lewd conduct, and § 314(1) – indecent exposure in case number 24006153. On April 30, 2024, the defendant was detained in case number 24006153 and has remained detained since. A preliminary hearing has been continued in the state case and is now set for June 12, 2024. As a result, the parties stipulate to continue the change of plea to August 12, 2024 in order to give the state case time to resolve.

The government and counsel for the defendant also agree that time be excluded under the Speedy Trial Act due to a delay resulting from the state trial on other charges against the defendant. *See* 18 U.S.C. § 3161(h)(1)((B). Additionally, given the defendant's detention in the other case, defense counsel needs additional time to confer with his client on the change of plea hearing in this case. For this reason, the parties stipulate and agree that excluding time until August 12, 2024 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from June 10, 2024 through August 12, 2024 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: June 6, 2024

/s/
KELSEY C. DAVIDSON
Assistant United States Attorney

DATED: June 6, 2024

/s/
PANAGIOTIS PROUNTZOS
Counsel for Defendant Giovanni Vassalo

# ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that time should be excluded because the delay is due to the defendant's trial on other state charges. 18 U.S.C. § 3161(h)(1)(B). The Court also finds that failing to exclude the time from June 10, 2024 through August 12, 2024 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from June 10, 2024 through August 12, 2024 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from June 10, 2024 through August 12, 2024 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(B), (h)(7)(A), (B)(iv). It is also ordered that the change of plea hearing on June 10, 2024 be continued to August 12, 2024.

IT IS SO ORDERED.

DATED: __6/7/2024__

_____
JAMES DONATO
United States District Judge