ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

JONATHAN U. LEE (CABN 148792)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Jonathan.Lee@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 18-038 JD |
| Plaintiff, | ORDER OF DETENTION |
| v. | |
| ARAMIYA BURRELL, | |
| Defendant. | |

1  The parties appeared through counsel of record on November 5, 2024, for a detention hearing in
2  this matter.  Having considered the arguments of counsel and the information and exhibits proffered, the
3  Court granted the government's detention motion, without prejudice to any future finding by Magistrate
4  Judge Westmore in the newly indicted case in which Judge Westmore approves a release plan.  If that
5  should occur, the Court noted, the defense may request to re-open detention proceedings in this matter.
6  IT IS SO ORDERED.

DATED: November 20, 2024

HON. THOMAS S. HIXSON
United States Magistrate Judge

Approved as to form:

DATED: 11/12/2024

/s/
JONATHAN U. LEE
Assistant United States Attorney

DATED: 11/12/2024

/s/
BRIAN P. BERSON
Counsel for Defendant ARAMIYA BURRELL