1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  KELSEY C. DAVIDSON (CABN 322323)

5      Assistant United States Attorney
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6959
7      Fax: (415) 436-7027
       kelsey.davidson@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 3:23-CR-00182-JD |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION TO CONTINUE SENTENCING AND ORDER** |
| v. | ) ) |  |
| GIOVANNI VASSALO, | ) ) |  |
| Defendant. | ) ) |  |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Giovanni Vassalo, that the sentencing hearing scheduled for February 10, 2025 be continued to April 28, 2025 in order to give the Probation Office adequate time to complete the Presentence Investigation Report.

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

//

//

STIPULATION TO CONTINUE SENTENCING AND [PROPOSED] ORDER
3:23-CR-00182-JD                                1

| | |
|---|---|
| DATED: January 16, 2025 | Respectfully submitted,<br><br>ISMAIL J. RAMSEY<br>United States Attorney<br><br>_____/s/_____<br>KELSEY C. DAVIDSON<br>Assistant United States Attorney |
| DATED: January 16, 2025 | _____/s/_____<br>PANAGIOTIS PROUNTZOS<br>Counsel for Defendant Giovanni Vassalo |

IT IS SO ORDERED.

DATED: __January 23, 2025_____                    _____
                                                    JAMES DONATO
                                                    United States District Judge